**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **YUJUNG PARK** )<br>**12650 Granite Ridge Drive** )<br>**North Potomac, MD 20878** )<br>) **Civil Action No.**<br>v. )<br>)<br>**CARLA HAYDEN, in her capacity as** )<br>**Librarian of Congress** )<br>**101 Independence Avenue SE** ) **Jury Trial Demanded**<br>**Washington, D.C. 20540** )<br>) | |

**COMPLAINT**

Plaintiff brings this suit because she was rejected for a promotion to one of two vacant Librarian positions because of her national origin. During the interviews for the selection, the selecting official, Candice Townsend, told the other two panelists that she had a difficult time understanding Plaintiff, who speaks with a slight Korean accent. Both of the other panelists strongly disagreed, and they rated Plaintiff as the best qualified of all of the candidates. Ultimately, Ms. Townsend rejected Plaintiff and selected two other candidates, neither of whom spoke with a foreign accent. Plaintiff's interview score was tied with one of the selectees, and she scored far higher than the other selectee.

**I. JURISDICTION AND VENUE**

1. Plaintiff is an Asian woman, whose national origin is Korean. Plaintiff speaks English fluently and clearly, with a noticeable Korean accent. Plaintiff is currently employed by the Library of Congress as a Librarian Technician.

2. Defendant is the Librarian of Congress, the head of the Library of Congress, which is an agency of the U.S. Government.

1

3. This civil action is brought pursuant to the Civil Rights Act of 1964, as amended, specifically, 42 U.S.C. 2000e-16(a) and (c), which protects employees of the federal government from discrimination, including employees of the Library of Congress.

4. This Court has jurisdiction pursuant to 28 U.S.C. 1331 (Federal Question) and 42 U.S.C. 2000e-16(a) and (c).

5. Venue for this Civil Action is appropriate in the U.S. District Court for the District of Columbia pursuant to 28 U.S.C. 1391 and 42 U.S.C. 2000-16(c), and 2000e-5(f), referenced therein, because all of the unlawful employment actions at issue in this civil action occurred in the District of Columbia.

6. Plaintiff has exhausted her administrative remedies in this case by (1) contacting an EEO representative to complain about the denied selection because of national origin discrimination on June 8, 2016, which was within 20 days of May 25, 2016, the date Plaintiff learned that she had not been selected for either of the two career ladder GS 9/12 Librarian positions, as required by Library of Congress Regulation (LCR) 2010-3.1, Section 4(A); (2) filing a formal complaint of national origin discrimination on July 21, 2016, pursuant to the deadline explained in LCR 2010-3.1, Section 4(D) and Section 5; (3) participating with the Library of Congress's investigation (Pursuant to LCR 2010-3.1 Section 6) through its completion to the issuance of a Report of Investigation; and receiving a decision from the Assistant Chief of the Equal Employment Opportunity Complaints Office, which was issued on February 3, 2017.

7. Plaintiff is authorized to file this civil action pursuant to LCR 2010-2, Section 2(B) and 42 U.S.C. 2000e-16(f) because 180 days has passed from the date that she filed her formal complaint (July 21, 2016), and the Library has not taken a "Final Action" on

Plaintiff's complaint. The 180-day mark passed on January 17, 2017.

## II. FACTS

8. Plaintiff has been employed as a GS-8 Librarian Technician for approximately 10 years.

9. Plaintiff has performed her job well; she receives frequent compliments about her performance and she regularly volunteers for extra duties.

10. Plaintiff's supervisor is Candice Townsend, the Supervisory Librarian, in the Collections Services Department of the LOC's Library Services Division. Ms. Townsend is not Asian or from Asian descent.

11. On December 21, 2015, the LOC announced a vacancy for two GS-1410 Librarian positions. The positions were posted at the GS-9 level and had promotion potential to GS-12.

12. Plaintiff timely applied for the position, was deemed qualified and was interviewed by a panel of three individuals, one of whom was Ms. Townsend.

13. At the conclusion of Plaintiff's interview, Ms. Townsend told the other two panelists that she found it "very hard" to understand Plaintiff when she spoke because of her accent.

14. The two other panelists disagreed and told Ms. Townsend that they had never had any problem understanding Plaintiff.

15. Ms. Townsend asked the other two panelists for a list of their top five candidates, and both panelists listed Plaintiff as their top choice.

16. The interview questions were designed to test the candidates' knowledge skills and Abilities, relevant to the position. At the conclusion of the interviews, the candidates were given weighted scores for their responses to the interview questions. Plaintiff received a score of 3.9, out of a total possible score of 4.0.

17. Plaintiff was rejected for both of the vacant Librarian positions in favor of non-Korean candidates who do not speak with noticeable foreign accents.

18. One of the selectees received the same score for her interview (a 3.9) as the Plaintiff. The other selectee received a much lower score for his interview (only 3.4). Neither of the other panelists listed either of the selectees as their top choice.

### III. FIRST COUNT: NATIONAL ORIGIN DISCRIMINATION

19. Plaintiff repeats all of the above paragraphs as if they were specifically restated here.

20. The Library of Congress, through its supervisor(s), rejected Ms. Park because of her national origin.

21. As a result of her non-selection, Ms. Park suffered economic damages in the amount of lost income, promotion potential, and reduced retirement benefits.

22. As a result of her non-selection, Ms. Park suffered emotional pain and suffering, including embarrassment, humiliation, feelings of depression and anxiety and diminished self-esteem and confidence.

### IV.  PRAYER FOR RELIEF

23. Plaintiff respectfully requests that this Court: (i) declare that the employment practices complained of in this Complaint are unlawful; (ii) permanently enjoin the Defendant and its agents, officers and employees from engaging in all practices found by this Court to be unlawful; (iii) order the Defendant to make the Plaintiff whole by (a) placing Plaintiff in the GS-9 Librarian position, with promotion potential to GS-12; and (b) paying Plaintiff her monetary damages and compensatory damages as determined at trial; (iv) retain jurisdiction over this action to ensure full compliance with the Court's orders and require the Defendant to file such reports as the Court deems necessary to evaluate such

compliance; (v) order the Defendant to pay Plaintiff's costs and expenses and reasonable attorneys' fees in connection with this action; and (vi) grant such other and further relief to the Plaintiff as the Court deems just and proper, including transferring Plaintiff to a different division and supervisor to ensure against retaliation.

### V.  JURY DEMAND

24. Plaintiff demands a jury trial.

**Date: February 10, 2017**

        Respectfully Submitted,

        Leslie D. Alderman III (D.C. # 477750)
        ALDERMAN, DEVORSETZ & HORA, PLLC
        1025 Connecticut Ave., NW, Suite 615
        Washington, DC 20036
        Tel: 202-969-8220
        Fax: 202-969-8224
        lalderman@adhlawfirm.com
        Attorney for the Plaintiff